**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT THOMAS,

    Plaintiff,

v.                                                                  Case No: 04-CV-73576-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

ENTERED BY ORDER OF THE COURT

S/Lisa G. Wagner

LISA G. WAGNER, CASE MANAGER AND
DEPUTY CLERK TO THE HONORABLE
ROBERT H. CLELAND